VICTOR BRANG, Appellant, *v.* MARGARET STACHNIK, Respondent.

(Submitted January 27, 1933; decided March 1, 1933.)

*Hiram S. Gans, Joseph Gans* and *C. Arthur Jensen* for appellant.

*Charles P. Hallock* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.